```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602047104
Cashier ID: estrong
Transaction Date: 10/13/2017
Payer Name: JEANETTA SPRINGER
----------------------------------
CIVIL FILING FEE
 For: JEANETTA SPRINGER
 Case/Party: D-ALM-2-17-CV-000693-001
 Amount:         $400.00
----------------------------------
CASH
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

2:17-CV-693

Springer, et al v. Wells Fargo
Bank, N.A., et al
```