IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JEANETTA AND JACOB C. SPRINGER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CV NO. 2:17-CV-693-MHT ) |
| WELLS FARGO BANK, N.A., *et al.*, | ) ) ) |
| Defendant. | ) |

## MOTION TO DISMISS

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully moves the Court to dismiss the Complaint filed by Plaintiffs Jeanetta and Jacob C. Springer (collectively, the "Springers") pursuant to Rule 12(b) of the *Federal Rules of Civil Procedure*. As demonstrated within Wells Fargo's Memorandum of Law in Support of its Motion to Dismiss, the Springers' Complaint failed to state a claim upon which relief may be granted, is barred by res judicata, and this Court lacks jurisdiction under the *Rooker-Feldman* doctrine. Accordingly, the Springers' Complaint should be dismissed.

Respectfully submitted the 13th day of November, 2017.

/s/ Jade E. Sipes
JADE E. SIPES
An Attorney for Defendant Wells Fargo Bank, N.A.

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
420 20th Street North
Wells Fargo Tower, Suite 1400
Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007
jsipes@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, the foregoing has been served upon the following via this Court's electronic filing system and U.S. First Class mail, postage prepaid, as follows:

Mrs. Jeanetta Springer and
Mr. Jacob C. Springer
195 Cynthia Circle
Roanoke, Alabama 36274

/s/ Jade E. Sipes
OF COUNSEL