IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEANETTA SPRINGER and<br>JACOB C. SPRINGER,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.:  2:17-cv-693-MHT-WC<br>)<br>)<br>)<br>) |

# ORDER

Upon consideration of Defendant Sirote & Permutt's Motion to Dismiss (Doc. 7), Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. 11), and Defendant Vernon Barrett's Motion to Dismiss (Doc. 13), it is

ORDERED that, **on or before December 6, 2017**, Plaintiffs are to file written responses and show cause, if any there be, why the motions should not be granted. Defendants may file replies **on or before December 20, 2017**.

Done this 15th day of November, 2017.

/s/ Wallace Capel, Jr.
CHIEF UNITED STATES MAGISTRATE JUDGE