# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JEANETTA SPRINGER and JACOB SPRINGER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WELLS FARGO BANK, N.A., *et al.*, | ) ) ) ) |
| Defendants. | ) |

Case No. 2:17-cv-693-ECM-WC

## ORDER

Now pending before the court is the Recommendation of the Magistrate Judge (Doc. 26) which recommends that the motions to dismiss filed by the respective Defendants (Doc. 7, 11, & 13) be granted and that Plaintiffs' Complaint (Doc. 1) be dismissed. On July 30, 2018, the Plaintiffs filed objections to the Recommendation. (Doc. 27). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections have been made. *See* 28 U.S.C. § 636(b). The court finds the objections to be without merit and due to be overruled.

Accordingly, it is **ORDERED** as follows:

1. The Plaintiffs' objections (Doc. 27) be and are hereby **OVERRULED**.

2. The Recommendation of the Magistrate Judge (Doc. 26) be and is hereby **ADOPTED**.

3. The motion of Defendant Sirote & Permutt, P.C., to dismiss (Doc. 7) be and is hereby **GRANTED** and Defendant Sirote & Permutt, P.C., be and is hereby **DISMISSED** as a party to this action.

4. The motion of Defendant Wells Fargo Bank, N.A., to dismiss (Doc. 11) be and is hereby **GRANTED** and Defendant Wells Fargo Bank, N.A., be and is hereby **DISMISSED** as a party to this action.

5. The motion of Defendant Vernon Barnett, in his capacity as Commissioner of the Alabama Department of Revenue, to dismiss (Doc. 13) be and is hereby **GRANTED** and Defendant Vernon Barnett, in his capacity as Commissioner of the Alabama Department of Revenue, be and is hereby **DISMISSED** as a party to this action.

6. Costs be and are taxed against Plaintiff. A final judgment will be entered separately.

**DONE** and **ORDERED** this 13th day of September 2018.

          ___/s/ Emily C. Marks___
          EMILY C. MARKS
        UNITED STATES DISTRICT JUDGE