**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                              TELEPHONE (334) 954-3600

July 14, 2021

NOTICE OF REASSIGNMENT

To:     All Counsel of Record

Re:     Springer et al v. Wells Fargo Bank, N.A.
         Civil Action No.    2:17-cv-00693-ECM

The above-styled case has been reassigned to Judge William Keith Watkins.

Please note that the case number is now **2:17-cv-00693-WKW.** The new case number should be used on all future correspondence and pleadings.