IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEANETTA SPRINGER and JACOB C. SPRINGER, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., SIROTE & PERMUTT, P.C., and VERNON BARNETT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 2:17-CV-693-WKW
[WO]

# **ORDER**

Before the court are the recommendation of the Magistrate Judge (Doc. # 26) and Plaintiffs' objection (Doc. # 27). Based upon a *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636, the court finds that the objections are without merit and are due to be overruled.

Accordingly, it is ORDERED that Plaintiffs' Objections (Doc. # 27) are OVERRULED, the Recommendation (Doc. # 26) is ADOPTED, and Defendants' motions (Docs. # 7, 11, 13) are GRANTED.

It is further ORDERED that costs are taxed against Plaintiffs.

A final judgment will be entered separately.

DONE this 19th day of April, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE