IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEANETTA SPRINGER and JACOB C. SPRINGER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE NO. 2:17-CV-693-WKW ) |
| WELLS FARGO BANK, N.A., SIROTE & PERMUTT, P.C., and VERNON BARNETT, | ) ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of April, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE